IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID H. BROWN, | ) | 8:10CV374 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | | |
| ROBERT J. BIXLER, | ) | 8:10CV375 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REASSIGNMENT ORDER |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | | |
| JOSEPH VELASQUEZ, | ) | 8:10CV376 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | | |
| JAMES E. ZAK, | ) | 8:10CV377 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It has come to this court's attention that the above cases are related as defined under NEGenR1.4(a)(4).  Accordingly, case 8:10CV375 *Bixler v. BNSF Railway Company* is

reassigned to Senior Judge Lyle E. Strom for disposition are remains assigned to Magistrate Judge Cheryl Zwart.

    SO ORDERED.

    DATED this 12th day of October, 2010.

                                    BY THE COURT:

                                    s/ Joseph F. Bataillon
                                    Chief United States District Judge